# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA : No. 132 MM 2018
:
:
:
v. :
:
:
STEFAN EVANS, SR., :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of October, 2018, the Amended Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.